Date of Arrest: 05/18

# United States District Court

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Josue Enmanuel ROSALES-Nunez AKA: Joshua ORTEGAZ 079048148 YOB: 1986 Citizen of: Honduras Defendant | Magistrate Case No. 22-1791MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about May 18, 2022, Defendant Josue Enmanuel ROSALES-Nunez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Honduras through the port of Phoenix, Arizona, on or about September 20, 2018. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louie Uhl*
*SAD for LCU*

*Sergio Mora*
Signature of Complainant

Michelle Hernandez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____May 20, 2022_____   at   __Yuma, Arizona__
Date                                             City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Josue Enmanuel ROSALES-Nunez
AKA: Joshua ORTEGAZ
079048148

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about May 18, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Newark, New Jersey on or about June 17, 2004. The Defendant has been removed on four previous occasions. The Defendant was most recently removed on or about September 20, 2018, through the port of Phoenix, Arizona, subsequent to a conviction in a Superior Court, State of New York, County of Suffolk, on or about October 10, 2012, for the crime of Assault 2nd Degree, a felony.

Agents determined that on or about May 18, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Bryce Jackson and Eric Quintero.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Harley Lozano.

_Sergio Mora_
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____May 20, 2022_____
Date

_____
Signature of Judicial Officer